

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00105-CV

Mava **HURD** and Leonard Izzo,
Appellants

v.

**RAPIER FAMILY FOUNDATION**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14969
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed: July 15, 2015

DISMISSED

The parties have filed a joint motion to dismiss this interlocutory appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a); 43.2(f). Costs of appeal are taxed against the parties who incurred them.

PER CURIAM